# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2014

Robert P. Young, Jr.,
Chief Justice

148881(74)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SHERYL D. DiGIAMBERARDINO,
    Plaintiff-Appellant,

v

MICHAEL D. DiGIAMBERARDINO,
    Defendant-Appellee.
_____/

SC: 148881
COA: 307848; 308349
Oakland CC: 1999-626653-DM

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing a reply brief in this application for leave to appeal is GRANTED. The reply brief will be accepted as timely filed if filed on or before May 27, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2014

